IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 11 |
| WORLD IMPORTS, LTD | : |
|     DEBTOR(S) | : BANKRUPTCY NO. 13-15929   SR |
| | |
| WORLD IMPORTS, LTD | : |
| WORLD IMPORTS CHICAGO, LLC | : |
| WORLD IMPORTS SOUTH, LLC | : |
|     PLAINTIFF(S) | : |
|     v. | : |
| HOUSTON WOOD PRODUCTS, INC. | : |
|     DEFENDANT(S) | : ADVS. NO. 15-286 SR |

## ORDER

**And Now,** an adversary proceeding having been filed on 7/3/2015;

And counsel for the parties having notified this court that the above captioned adversary proceeding has been settled,

And the parties having thirty (30) days to file any necessary motion or stipulation, or this proceeding would be dismissed pursuant to Local Bankruptcy Rule 7041.2, and being notified of such, via Order of this Court;

And counsel for the parties having taken no action or otherwise having responded to the above mentioned order; it is hereby:

    **ORDERED,** that the above captioned adversary proceeding is DISMISSED

By the Court:

_Stephen Raslavich_
United States Bankruptcy Judge

Dated: September 7, 2016

David L. Braverman, Esquire
Braverman Kaskey P.C.
One Liberty Place 56th Floor
1650 Market Street
Philadelphia, PA 19103